IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TYVORIUS KEY, : | |
| AIS #273817, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION 13-371-CG-M |
| : | |
| SGT. KIMBREL, : | |
| : | |
| Defendant. : | |

## ORDER

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection[1] is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant's Motion for Summary Judgment be **GRANTED** and Plaintiff's claim against Defendant Kimbrel be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 6th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The objection included a motion for discovery and the opportunity to present additional evidence. That opportunity was allowed earlier in these proceedings, and as the motion for summary judgment is ripe with f nourther evidence having been timely submitted, the request is noted, but DENIED.