# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TYVORIUS KEY, | : | |
| AIS #273817, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 13-371-CG-M |
| | : | |
| SGT. KIMBREL, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** on all claims be entered in favor of Defendant, and against Plaintiff.

**DONE and ORDERED** this 6th day of October, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE